IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FOAM HOLDINGS, INC.**
d/b/a Alleguard                                                                                             **PLAINTIFF**

v.                             Case No. 4:23-cv-00320-KGB

**CREATIVE FOAM PRODUCTS, LLC,** *et al.*                              **DEFENDANTS**

## ORDER

Before the Court is the motion for leave to file reply of defendants Creative Foam Products, LLC and Charles Tyner (Dkt. No. 89). Defendants state that a reply to plaintiff Foam Holdings, Inc. d/b/a Alleguard's response is necessary to address allegedly misleading statements and arguments raised by plaintiff's response in opposition to their motion to strike and to compel discovery (*Id.*, ¶ 2). For good cause shown, the Court grants defendants' motion for leave to file reply (Dkt. No. 89). Defendants shall file their reply in support of their motion to strike and to compel discovery within 14 days of the date of this Order.

It is so ordered this 26th day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge